IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KIOBA PROCESSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-00061-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| KIOBA PROCESSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., *et al.*,<br><br>Defendants. | Civil Action No. 2:21-cv-00066-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS JPMORGAN CHASE WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kioba Processing LLC ("Kioba") and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank N.A. (collectively "Chase") have resolved all claims in the above-captioned actions. The parties, therefore, move this Court to dismiss *Kioba Processing LLC v. JPMorgan Chase & Co., et al.*, No. 2:21-cv-00066-JRG and any and all claims by Kioba against Chase and by Chase against Kioba made in the above-entitled cases with prejudice to re-filing of same. The parties further move the Court to order that all costs, expenses, and fees relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same. A proposed Order accompanies this motion.

1

Dated: August 9, 2021 　　　　　　　　　　　　　Respectfully submitted,

/s/ *Ryan Griffin*　　　　　　　　　　　　　　　/s/ *Christopher L. May*
Ryan Griffin　　　　　　　　　　　　　　　　　Jennifer H. Doan
Texas Bar No. 24053687　　　　　　　　　　　Texas Bar No. 08809050
Jonathan H. Rastegar　　　　　　　　　　　　Kyle R. Akin
Texas Bar No. 24064043　　　　　　　　　　　Texas Bar No. 24105422
T. William Kennedy Jr.　　　　　　　　　　　Haltom & Doan
Texas Bar No. 24055771　　　　　　　　　　　6500 Summerhill Road, Suite 100
　　　　　　　　　　　　　　　　　　　　　　Texarkana, TX 75503
**NELSON BUMGARDNER ALBRITTON**　　　Telephone: (903) 255-1000
3131 W 7th Street, Suite 300　　　　　　　　Facsimile: (903) 255-0800
Fort Worth, TX 76107　　　　　　　　　　　Email: jdoan@haltomdoan.com
Tel: (817) 377-9111　　　　　　　　　　　　Email: kakin@haltomdoan.com
Fax: (817) 377-3485
ryan@nbafirm.com　　　　　　　　　　　　　Christopher L. May (admitted *pro hac vice*)
jon@nbafirm.com　　　　　　　　　　　　　　Massey & Gail LLP
bill@nbafirm.com　　　　　　　　　　　　　　1000 Maine Ave. SW, Suite 450
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20024
Attorneys for Plaintiff　　　　　　　　　　　Tel: (202) 652-4511
**BELAJ INNOVATIONS LLC**　　　　　　　　cmay@masseygail.com

　　　　　　　　　　　　　　　　　　　　　　Suyash Agarwal (Texas Bar No. 24036110)
　　　　　　　　　　　　　　　　　　　　　　Massey & Gail LLP
　　　　　　　　　　　　　　　　　　　　　　50 E. Washington St., Suite 400
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 283-1590
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 379-0467
　　　　　　　　　　　　　　　　　　　　　　sagarwal@masseygail.com

　　　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANTS JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK N.A.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that all parties have met and conferred and that this Joint Motion is agreed.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Ryan Griffin*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all counsel who have consented to electronic service.

*/s/ Ryan Griffin*