# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KIOBA PROCESSING LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00061-JRG |
| ALLY FINANCIAL INC., | § § § | (LEAD CASE) |
| *Defendant*, | § § § | |
| JPMORGAN CHASE & CO., *et al.*, | § § § | CIVIL ACTION NO. 2:21-CV-00066-JRG |
| *Defendants*. | § § § § | (MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Dismiss JPMorgan Chase with Prejudice (Dkt. No. 48) (the "Motion"). In the Motion, Plaintiff Kioba Processing LLC ("Kioba") and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank N.A. (collectively "Chase") request the Court dismiss any and all claims by Kioba against Chase and by Chase against Kioba in the above-captioned cases with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, any and all claims by Kioba against Chase and by Chase against Kioba in the above-captioned cases are **DISMISSED WITH PREJUDICE**. Each party to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** Case No. 2:21-cv-00066-JRG and **LEAVE OPEN** Case No. 2:21-cv-00061-JRG.

**So ORDERED and SIGNED this 17th day of August, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE